IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV142 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for extension of time to respond to the Union Pacific Railroad Company's motion to dismiss (Filing No. 15). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until July 22, 2008, to respond to defendant's motion to dismiss.

DATED this 7th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court