IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BROTHERHOOD OF MAINTENNCE OF   )        8:08CV142
WAY EMPLOYEES DIVISION/IBT,    )
                               )
          Plaintiff,           )        ORDER
                               )
     vs.                       )
                               )
UNION PACIFIC RAILROAD COMPANY,)
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, July 31, 2008 at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 15th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court