```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

BROTHERHOOD OF MAINTENANCE OF  )
WAY EMPLOYEES DIVISION/IBT     )
                               )
            Plaintiff,         )        8:08CV142
                               )
     v.                        )
                               )
UNION PACIFIC RAILROAD         )        ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(i) (Filing No. 15). Accordingly,

IT IS ORDERED that this action is dismissed without prejudice.

DATED this 21st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court